Nancy Curry, Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Fax: (213) 689-3055



**FILED & ENTERED**

**JAN 10 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>CARLOS GALVAN MARTINEZ,<br><br><br><br><br><br>                    Debtor. | Chapter 13<br><br>Case No. **2:17-bk-21970-VZ**<br><br>**ORDER DENYING DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>**HEARING DATE/TIME**<br>Date:   January 8, 2018<br>Time:   10:30 A.M.<br>Place:  255 E. Temple Street,<br>            Courtroom 1368<br>            Los Angeles, CA 90012 |

On January 8, 2018, at 10:30 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held the hearing regarding the Debtor's Motion to Avoid Junior Lien on Principal Residence filed as docket number 22. Appearances were as noted on the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing therefor, it is hereby:

ORDERED, that the Motion is DENIED.

####

Date: January 10, 2018

_____
Vincent P. Zurzolo
United States Bankruptcy Judge