BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
rreynolds@bwslaw.com
Rafael R. Garcia-Salgado, Bar No. 283230
rgarcia@bwslaw.com
1851 East First Street
Suite 1550
Santa Ana, CA  92705-4067
Telephone:    949.863.3363
Facsimile:     949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re, | Case No.  2:17-bk-21970-VZ |
| CARLOS GALVAN MARTINEZ, | Chapter Number:  13 |
| Debtor, | **AMENDED NOTICE OF HEARING ON SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S AMENDED MOTION TO DISMISS CHAPTER 13 CASE** |
| | Date:           January 7, 2019<br>Time:          10:30 a.m.<br>Dept:           1368 |

///

///

///

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4819-1437-0434 v1
06836-0097

- 1 -

AMENDED NOTICE OF HEARING ON AMENDED MOTION TO DISMISS CHAPTER 13 CASE

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the hearing on Creditor Trinity Financial Services, LLC's ("Trinity") Motion to Dismiss Chapter 13 Case has been set for hearing on **January 7, 2019** at **10:30 a.m.** in the above-captioned court, located at 255 E. Temple Street, Courtroom 1368, Los Angeles, CA 90012.

Dated:      December 13, 2018          BURKE, WILLIAMS & SORENSEN, LLP

By: _/s/ Rafael Garcia_____
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4819-1437-0434 v1
06836-0097

- 2 -

AMENDED NOTICE OF HEARING ON AMENDED MOTION TO DISMISS CHAPTER 13 CASE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 East First Street, Suite 1550, Santa Ana, CA 92705-4067**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING ON AMENDED MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/13/18**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- Sean C Ferry    sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- Raymond Perez    rperezlaw.ela@gmail.com
- Richard J Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12/13/18**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Carlos Galvan Martinez
4628 1/2 St. Elmo Dr
Los Angeles, CA 90019

**Judge:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

///

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4819-1437-0434 v1
06836-0097

- 3 -

AMENDED NOTICE OF HEARING ON AMENDED MOTION TO DISMISS CHAPTER 13 CASE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **12/13/18** | Bernadette C. Antle | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4819-1437-0434 v1
06836-0097

- 4 -

AMENDED NOTICE OF HEARING ON AMENDED MOTION TO DISMISS CHAPTER 13 CASE