1  BURKE, WILLIAMS & SORENSEN, LLP
   Richard J. Reynolds, Bar No. 89911
2  rreynolds@bwslaw.com
   Rafael R. Garcia-Salgado, Bar No. 283230
3  rgarcia@bwslaw.com
   1851 East First Street
4  Suite 1550
   Santa Ana, CA  92705-4067
5  Telephone:   949.863.3363
   Facsimile:   949.863.3350
6
   Attorneys for Creditor
7  TRINITY FINANCIAL SERVICES, LLC

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12  In re,                                    Case No.  2:17-bk-21970-VZ

13  CARLOS GALVAN MARTINEZ,                    Chapter Number:  13

14           Debtor,                           **REPLY IN SUPPORT OF SECURED
                                               CREDITOR TRINITY FINANCIAL
15                                             SERVICES, LLC'S MOTION TO DISMISS
                                               CHAPTER 13 BANKRUPTCY CASE**

16
                                               Date:      January 7, 2019
17                                             Time:      10:30 a.m.
                                               Dept:      1368
18

19        TRINITY FINANCIAL SERVICES, LLC. ("Trinity") hereby replies (the "Reply") in

20  support of its Motion to Dismiss Chapter 13 Case [Docket No. 46] (the "Motion") in the above-

21  referenced matter.  This Reply is based on the authorities cited herein and on such additional

22  submissions and argument as may be presented at or before the confirmation hearing.  In support

23  of its Reply, Trinity respectfully states as follows:

24  I.    **ARGUMENT**

25        A.    **The Debtor Has Failed to Address the Arguments for Dismissal**

26        1.    The Debtor's Opposition [Docket No. 52] to the Motion argues that the Debtor has

27  filed an amended plan providing for Trinity.  However, Debtor's counsel also admits in the

28  Opposition that the Debtor stipulated at the beginning of October that Trinity's lien was actually

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4817-9665-2676 v1                - 1 -          REPLY IN SUPPORT OF MOTION TO DISMISS
06836-0097                                           CHAPTER 13 BANKRUPTCY CASE

secured.  *Id.*  The Debtor has not made any payments to Trinity on its secured lien in the three months since that time.  *See* concurrently filed *Declaration of D.A. Madden.*  Consistent with this, the Debtor has also failed to file any declarations attesting to post-petition payments being made on his second lien with Trinity.

2.      Trinity's counsel emailed Debtor's counsel in December 2018 requesting that the Debtor become current.  *See* concurrently filed *Declaration of Rafael R. Garcia-Salgado.*  As of January 2, 2019, counsel for Trinity has not received any indication that the Debtor has made any post-petition payments to Trinity.  *Id.*

3.      The Debtor's inability to pay secured claims is cause for dismissal under 11 U.S.C. § 1307(c)(4), as further elaborated upon in the Motion.  Motion at 7.  Though Trinity's lien was determined to be secured three months ago, the Debtor has not seen fit to make any payments on his secured second lien.  Accordingly, this case should be dismissed.

**B.      The  Amended Schedules and Plan Fail to Rebut the Grounds for Dismissal**

4.      In connection with his Opposition, the Debtor filed amended schedules as Docket No. 52-1, attesting under penalty of perjury that the Debtor purportedly now had monthly net income of $1,301.  This amount is the same as the plan payment in the Debtor's latest amended plan, Docket No. 39.

5.      The new schedules do not remedy Trinity's grounds for dismissal because ***the Debtor failed to schedule any regular monthly payment on his second lien***.  The Debtor only scheduled his regular payment to his first lien.  Accordingly, the Debtor's monthly net income is $424.24 less than the actual net income required to service the secured debts listed in the Debtor's latest plan.  $424.24 is the amount of the Debtor's regular monthly payment on his second lien.

6.      The Debtor also filed as Docket No. 52-1 proof of the Debtor's payments to the trustee under the old plan amount, in the form of a screen capture.  However, the Debtor filed no proof of his November or December 2018 payments to the trustee in the larger amount called for by his latest plan: $1,301.00.  As a result, the Debtor has failed to rebut any grounds for dismissal—his old plan payment amounts were superseded by the determination in Trinity's favor of the Debtor's lien strip motion in October 2018.

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4817-9665-2676 v1
06836-0097                    - 2 -                    REPLY IN SUPPORT OF MOTION TO DISMISS
CHAPTER 13 BANKRUPTCY CASE

**C.      The Debtor Has Failed to Prove Business and Rental Income**

7.      The Debtor's Second Amended Schedule I now lists his monthly income in the amount of $2,582.00 [Docket No. 44].  This is an $882 increase over his income as previously scheduled throughout the life of this case.  However, the Debtor failed to provide proof of income to Trinity's counsel when asked in December 2018.  *See* concurrently filed *Declaration of Rafael R. Garcia-Salgado.*  The Debtor has also historically failed to prove income, as indicated in the Trustee's objection to the Debtor's previous plan [Docket No. 20].

8.      The Debtor's Opposition includes a Residential Rental Agreement with an attached "Notice to Change Terms of Tenancy" [Docket No. 52-1].  The notice indicates that the Debtor's tenant has only renewed his lease, so the rental agreement is not new income for the Debtor.  Additionally, the Debtor has not provided a declaration of the tenant confirming his willingness and ability to contribute to the Debtor's Chapter 13 plan, indicating the length of his residency at the subject property, or indicating how long he will be able to continue to pay rent.  The Debtor also fails to provide any proof of income for his tenant.

9.      Lastly, the Debtor filed bank statements for his business [Docket No. 52-2].  However, the statements are for the months of August 2018, September 2018, and October 2018 only, rather than the three most recent months.  Additionally, it is clear from just the three (3) monthly statements provided that the Debtor's monthly income fluctuates and the Debtor does not receive a steady and reliable amount of income.  For example, the September 2018 statement reflects deposits totaling only $1,700.00, which is significantly less than the monthly income listed on the Debtor's Amended Schedule I. Accordingly, the Debtor's Opposition fails to rebut the grounds for the Motion, and this case should be dismissed.

///

///

///

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4817-9665-2676 v1
06836-0097

- 3 -

REPLY IN SUPPORT OF MOTION TO DISMISS
CHAPTER 13 BANKRUPTCY CASE

1  **II.      <u>CONCLUSION.</u>**

2        For the foregoing reasons, Trinity submits that the Motion should be granted.

3

4  Dated:          January 2, 2019                    BURKE, WILLIAMS & SORENSEN, LLP

5

6                                                    By: _____
                                                       Richard J. Reynolds
7                                                      Rafael R. Garcia-Salgado
                                                       Attorneys for Creditor
8                                                      TRINITY FINANCIAL SERVICES, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4817-9665-2676 v1
06836-0097

- 4 -

REPLY IN SUPPORT OF MOTION TO DISMISS
CHAPTER 13 BANKRUPTCY CASE

BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
rreynolds@bwslaw.com
Rafael R. Garcia-Salgado, Bar No. 283230
rgarcia@bwslaw.com
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone:   949.863.3363
Facsimile:   949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>CARLOS GALVAN MARTINEZ,<br><br>       Debtor, | Case No. 2:17-bk-21970-VZ<br><br>Chapter Number: 13<br><br>**DECLARATION OF DON A. MADDEN, III IN SUPPORT OF REPLY IN SUPPORT OF SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE**<br><br>Date:     January 7, 2019<br>Time:    10:30 a.m.<br>Dept:    1368 |

I, DON A. MADDEN, III, declare as follows:

    1.    The following are facts known to me, and I have first-hand knowledge of the same, or are matters of which the Court may take judicial notice. If called as a witness, I could and would competently testify thereto under oath. I am the President of Movant TRINITY FINANCIAL SERVICES, LLC ("Trinity"), and I am authorized to make this Declaration. This Declaration is provided in support of Trinity's *Reply in Support of Motion to Dismiss Chapter 13 Bankruptcy Case* (the "Motion") filed contemporaneously herewith.

    2.    Trinity is a Wyoming Limited Liability Company active in good standing in

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4846-1398-0804 v1
06836-0097

- 1 -

DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF MOTION TO DISMISS CHAPTER 13
BANKRUPTCY CASE

1    Wyoming since February 25, 2014. Trinity has been active and in good standing in California

2    since February 11, 2015.

3         3.      Because of my training, management, and work experience at Trinity, I am

4    personally familiar with Trinity's policies, procedures, and practices concerning the purchase of

5    second trust deeds and notes, the servicing of those loans, engaging in loss mitigation of those

6    loans before starting foreclosure proceedings, and performing foreclosures on second deeds of

7    trust in default. I am also personally familiar with the types or kinds of records prepared by

8    Trinity or its agents in the regular course of purchasing second trust deeds and notes, servicing of

9    those loans, engaging in loss mitigation of those loans before starting foreclosure proceedings,

10   and performing foreclosures on second deeds of trust in default. I am also personally familiar

11   with how those records are prepared, and the information and methods of preparation of those

12   records. Therefore, I act as Custodian of Records for Trinity. The exhibits attached to Trinity's

13   Proof of Claim No. 2-1 that are taken from the business records of Trinity were made at or near

14   the time of filing by or from information transmitted by someone with knowledge, the records

15   are kept in the course of regularly conducted activity of Trinity's business, and keeping such

16   records is and was a regular practice of Trinity.

17        4.      Trinity is the holder of the promissory note between Debtor Carlos Galvan

18   Martinez, as borrower (the "Debtor"), and National City Bank, as the original lender, dated

19   August 6, 2007 (the "Note"), having purchased it.

20        5.      Trinity has physical possession of the original Note.

21        6.      Trinity is the holder of a second priority Deed of Trust (the "Deed of Trust")

22   securing the Note and encumbering the real property located at 4628 and 4628 ½ St. Elmo Dr.,

23   Los Angeles, CA  90019 (the "Property"). The legal description for the Property is set forth in

24   the Deed of Trust. The Deed of Trust was recorded against the Property on August 14, 2007, as

25   Document No. 20071903303 in the official records of the Los Angeles County Recorder. I

26   request that the Court take judicial notice of this document pursuant to Fed. R. Evid. 201.

27        7.      I have many years of experience working in the lending industry in California and

28   elsewhere within the United States. I have extensive experience with the documentation process

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4846-1398-0804 v1
06836-0097

- 2 -

DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF MOTION TO DISMISS CHAPTER 13
BANKRUPTCY CASE

1  for loans secured by real property in California. I also have extensive experience with purchasing

2  loans secured by real property in California and with the documents utilized to effect the transfer

3  of the loans.

4        8.     As of the Debtor's petition date of September 29, 2017, the Debtor had defaulted

5  in his pre-petition payments with respect to the Note.  The Debtor has made no payments on the

6  Note since November 2008.

7        9.     As of the date of this declaration, Trinity has not received any post-petition

8  payments from the Debtor with respect to the Note.

9        10.    Trinity has never sent any type of notification to the Debtor to indicate that the

10  Note had been forgiven or paid off.

11        I declare under the penalty of perjury under the law of the United States of America that

12  the foregoing is true and correct.

13

14        Executed this 2nd day of January, 2019, at Newport Beach, California.

15

16

17                               Don A. Madden, III

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4846-1398-0804 v1
06836-0097

- 3 -

DECLARATION  IN  SUPPORT  OF  REPLY  IN
SUPPORT OF MOTION TO DISMISS CHAPTER 13
BANKRUPTCY CASE

1   BURKE, WILLIAMS & SORENSEN, LLP
    Richard J. Reynolds, Bar No. 89911
2   rreynolds@bwslaw.com
    Rafael R. Garcia-Salgado, Bar No. 283230
3   rgarcia@bwslaw.com
    1851 East First Street
4   Suite 1550
    Santa Ana, CA 92705-4067
5   Telephone:   949.863.3363
    Facsimile:   949.863.3350
6
    Attorneys for Creditor
7   TRINITY FINANCIAL SERVICES, LLC

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

11

12   In re,                              Case No.  2:17-bk-21970-VZ

13   CARLOS GALVAN MARTINEZ,             Chapter Number:  13

14        Debtor,                        **DECLARATION OF RAFAEL R. GARCIA-
                                         SALGADO IN SUPPORT OF SECURED
15                                       CREDITOR TRINITY FINANCIAL
                                         SERVICES, LLC'S REPLY IN SUPPORT
16                                       OF MOTION TO DISMISS CHAPTER 13
                                         CASE**
17
                                         Date:      January 7, 2019
18                                       Time:      10:30 a.m.
                                         Dept:      1368
19

20   I, RAFAEL R. GARCIA-SALGADO, declare:

21        1.      I am an attorney at law duly licensed to practice before all of the courts of the State

22   of California, as well as the state's federal district and bankruptcy courts.

23        2.      I am an associate in the law firm of Burke, Williams & Sorensen, LLP ("Burke"),

24   counsel for Creditor Trinity Financial Services, LLC ("Trinity").  I have personal knowledge of

25   the following facts and statements in this declaration, unless otherwise stated, and if called upon

26   to testify, I could and would testify competently thereto.  This declaration is submitted in support

27   of Trinity's *Motion to Dismiss Chapter 13 Bankruptcy Case* (the "Motion").

28        3.      On December 26, 2018, I contacted Debtor's counsel Raymond Perez via email to

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4818-0657-6516 v1          - 1 -          DECLARATION OF ATTORNEY ISO MOTION
06836-0097                                                    TO DISMISS REPLY

1    request proof of income for the Debtor's increased income as listed in the Debtor's Amended

2    Schedule I [Docket No. 44] and Opposition to the Motion [Docket No. 52-1].  To date, counsel

3    has not provided a response to my inquiries.  A true and correct copy of the email communication

4    is attached hereto as **<u>Exhibit 1</u>**.

5            4.        Additionally, on December 28, 2018, I contacted Debtor's counsel via email to

6    request a copy of the tracking information for the November 2018 and December 2018 post-

7    petition payments.  To date, counsel has not responded to my request, either by email or by filing

8    anything in this case.  Nor has Trinity received the November 2018, December 2018, and January

9    2019 post-petition payments.  A true and correct copy of the December 28, 2018 email

10    communication is attached hereto as **<u>Exhibit 2</u>**.

11

12            I declare under penalty of perjury that the foregoing is true and correct.

13            Executed this 2nd day of January, 2019 at Santa Ana, California.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4818-0657-6516 v1
06836-0097

- 2 -

DECLARATION OF ATTORNEY ISO MOTION
TO DISMISS REPLY

# Exhibit 1

**From:** Garcia-Salgado, Rafael R.
**Sent:** Wednesday, December 26, 2018 1:25 PM
**To:** 'Raymond Perez'
**Subject:** RE: Carlos Martinez and Trinity
**Importance:** High

Do you have any proof of income for the increased income you indicated in the latest schedules, filed as Docket 44? What is the source of this income? Thanks.

**Rafael R. Garcia-Salgado** | **Associate**
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3413 | t - 949.863.3363 | f - 949.863.3350
rgarcia@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

# Exhibit 2

**From:** Garcia-Salgado, Rafael R.
**Sent:** Friday, December 28, 2018 1:06 PM
**To:** 'Raymond Perez'
**Subject:** RE: Carlos Martinez and Trinity

Use tracking on the payments and we'll continue or call off the hearing.

**Rafael R. Garcia-Salgado** | Associate
1851 East First Street, Suite 1550 | Santa Ana, CA  92705-4067
d - 949.265.3413 | t - 949.863.3363 | f - 949.863.3350
rgarcia@bwslaw.com | vCard | bwslaw.com



The information contained in this e-mail message is intended only for the CONFIDENTIAL use of the designated addressee named above. The information transmitted is subject to the attorney-client privilege and/or represents confidential attorney work product. Recipients should not file copies of this email with publicly accessible records. If you are not the designated addressee named above or the authorized agent responsible for delivering it to the designated addressee, you received this document through inadvertent error and any further review, dissemination, distribution or copying of this communication by you or anyone else is strictly prohibited. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONING THE SENDER NAMED ABOVE AT 800.333.4297. Thank you.

**From:** Raymond Perez [mailto:rperezlaw.ela@gmail.com]
**Sent:** Friday, December 28, 2018 1:04 PM
**To:** Garcia-Salgado, Rafael R.
**Subject:** Re: Carlos Martinez and Trinity

okay, thank you

1

## Raymond Perez, Esq.

329 N. Rowan Ave.
Los Angeles, CA 90063
(323) 264-2753
(323) 264-2785 Fax

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 East First Street, Suite 1550, Santa Ana, CA  92705-4067**

A true and correct copy of the foregoing document entitled (*specify*): **REPLY IN SUPPORT OF SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S AMENDED MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE AND DECLARATION IN SUPPORT OF MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE AND DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S AMENDED MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/2/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- Sean C Ferry    sferry@ecf.courtdrive.com, bkyecf@rasflaw.com
- Rafael R Garcia-Salgado    rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com
- Raymond Perez    rperezlaw.ela@gmail.com
- Richard J Reynolds    rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) **1/2/19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:**
Carlos Galvan Martinez
4628 1/2 St. Elmo Dr.
Los Angeles, CA 90019

**Judge:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4817-9665-2676 v1
06836-0097

- 5 -

REPLY IN SUPPORT OF MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **January 2, 2019** | Bernadette C. Antle | |
| *Date* | *Printed Name* | *Signature* |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4817-9665-2676 v1
06836-0097

- 6 -

REPLY IN SUPPORT OF MOTION TO DISMISS
CHAPTER 13 BANKRUPTCY CASE