1  LAW OFFICES OF RAYMOND PEREZ
   6151 POMONA BLVD. SUITE 208
   LOS ANGELES, CA 90022
2  (323) 685-8060

3  ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : | CASENO:17-BK-21970-VZ |
| CARLOS GALVAN MARTINEZ | ORDER ON MOTION TO DISMISS |

The Motion of Trinity Financial Services LLC to dismiss debtor's bankruptcy (Docket #46) is denied.

DATED : _____                    _____
                                            Judge Vincent Zurzulo

1