| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Raymond Perez, Esquire SBN:116087<br>6151 Pomona Blvd #208<br>Los Angeles, Ca 90022<br>(323) 685-8060<br>rperezlaw.ela@gmail.com<br><br><br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ☐▼ | |

| In re:<br>Carlos Galvan Martinez | CASE NO.: 17-bk-21970-VZ<br><br>CHAPTER: 13  ☐▼ |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br>Order on Motion to Dismiss _____<br><br>_____<br>_____ |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order on Motion to Dismiss _____

_____

was lodged on *(date)* _ 1|17|19 ____ and is attached.  This order relates to the motion which is docket number 40_.

_____

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6151 Pomona Blvd. Los Angeles, Ca 90022

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* ___1|17|19___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  United States Trustee ustpregion16laecf@usdoj.gov
  Nancy Curry Trustee

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1|17|19 | Monique Barajas | |
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1   LAW OFFICES OF RAYMOND PEREZ
    6151 POMONA BLVD. SUITE 208
    LOS ANGELES, CA 90022
2   (323) 685-8060

3   ATTORNEY FOR DEBTOR

4

5                    UNITED STATES BANKRUPTCY COURT

6                    CENTRAL DISTRICT OF CALIFORNIA

7

8

9

10  IN RE :                                 CASENO:17-BK-21970-VZ

11                                          CHAPTER : 13
        CARLOS GALVAN MARTINEZ
12                                          ORDER ON MOTION TO
                                            DISMISS
13

14                                          Date : 1/7/19
                                            Time : 10:30 am
15                                          Dept : 1368

16

17

18
    _____
19
        The Motion of Trinity Financial Services LLC to dismiss debtor's bankruptcy (Docket
20
    #40)  is denied.
21

22
    DATED :
23

24
                                                ###
25

26
                                    1
27